ALEXANDER B. CVITAN (CSB 81746)
alc@rac-law.com
MARSHA M. HAMASAKI (CSB 102720)
marshah@rac-law.com
PETER A. HUTCHINSON (CSB 225399)
peterh@rac-law.com
Members of REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Blvd., Suite 2000
Los Angeles, California 90010-2421
Telephone: (213) 386-3860
Facsimile: (213) 386-5583
Attorneys for Plaintiff

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,

Plaintiff,

v.

J & J CONCRETE CONST CO, a California general partnership also known as and doing business as J & J CONCRETE CONSTRUCTION, J & J CONCRETE CONST., and J & J CONCRETE; JOSE M. SERRATO, an individual; GERARDO M. SERRATO, an individual,

Defendants.

CASE NO: CV10-09887 SJO (FMOx)

**JUDGMENT AGAINST DEFENDANT JOSE M. SERRATO**

The Parties have filed a stipulation for entry of judgment against defendant Jose M. Serrato, as well as for dismissal of the remaining defendants ("Stipulation"). Pursuant to the Stipulation, and good cause appearing therefore,

///

///

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. **JUDGMENT IS HEREBY ENTERED IN FAVOR OF THE PLAINTIFF**, Construction Laborers Trust Funds for Southern California Administrative Company, a Delaware limited liability company, an administrator of, agent for collection for, fiduciary to, and on behalf of, the Laborers Health and Welfare Trust Fund for Southern California, Construction Laborers Pension Trust for Southern California, Construction Laborers Vacation Trust for Southern California, Laborers Training and Re-Training Trust Fund for Southern California, Fund for Construction Industry Advancement, Center for Contract Compliance, and Laborers Contract Administration Trust Fund for Southern California (collectively "Trust Funds"), and **AGAINST DEFENDANT JOSE M. SERRATO, AN INDIVIDUAL** (hereinafter "J. SERRATO" when not referred to by his full above-captioned name), **IN THE AMOUNT OF $286,600.00**, consisting of the following: (a) a principal amount of $263,450.37 (including $197,185.93 in unpaid Monthly Contributions, $63,314.92 in liquidated damages, $21,278.94 in interest and $2,320.00 in audit fees), minus a credit of $20,649.42; and (b) $20,414.48 in attorney fees and $2,935.15 in costs.

2. The Trust Funds have not conducted a full audit of the records of defendant Jose M. Serrato or J & J Concrete Const Co, which the defendants have represented in the Stipulation to be a sole proprietorship of defendant Jose M. Serrato. The monetary judgment issued hereby in paragraph "1" above shall not, and does not, have *res judicata* effect, operate as a bar or effect any other limitation of any right of the Trust Funds or any constituent Trust Fund (including CLTF on behalf of the Trust Funds or any constituent Trust Fund) to determine and collect any additional amount due, or that comes due, by Jose M. Serrato and/or J & J Concrete Const Co to the Trust Funds, whether the additional delinquency is revealed by either of the injunctions issued hereby or any other means.

3. **FINAL AND PERMANENT INJUNCTIVE RELIEF IS HEREBY GRANTED AS FOLLOWS:** Defendant Jose M. Serrato (whether doing business as J & J Concrete Const Co or otherwise), as well as all other managing agents and employees of Jose M. Serrato, and all those in active concert or participation with any one or more of them, are hereby ordered to submit to a full audit of Jose M. Serrato, for the period December 1, 2005 through the date of the audit ordered, and, specifically, to:

3.A. Deliver to the attorneys for CLTF, at 3550 Wilshire Boulevard, Suite 2000, Los Angeles, California 90010 *within thirty (30) days of entry of this judgment*:

- All of the documents responsive to the document requests contained in the *Joint Statement of Issues Re: Plaintiff's Motion to Compel Production of Documents and for Sanctions* entered as court document number 20 in this action ("Joint Statement"); and

- A certification of Jose M. Serrato, under penalty of perjury, that: (i) states that the documents produced are all documents responsive to the document requests contained in the Joint Statement that are under his custody and/or control; (ii) describes in detail the efforts he made to obtain and produce them; (iii) states whether he is aware of the existence of any additional documents responsive to the document requests; and (iv) describes any and all such additional documents and states where they are and the identity of the person or persons who possesses or otherwise has access to them; and

3.B. Fully cooperate with CLTF with respect to the audit in order for CLTF to determine the total amount due to the Trust Funds and the hours of work performed by the Trust Funds' participants and any others entitled to credit toward fringe benefits from any one or more of the Trust Funds, including producing for inspection, examination and copying any additional records determined by CLTF to be necessary to conduct a full audit.

4. **FINAL AND PERMANENT INJUNCTIVE RELIEF IS HEREBY GRANTED AS FOLLOWS:** Jose M. Serrato (whether doing business as J & J Concrete Const Co or otherwise), as well as all other managing agents and employees of Jose M. Serrato, and all those in active concert or participation with any one or more of them, are hereby ordered to deliver or cause to be delivered to the Trust Funds *by no later than 4:30 p.m. on the 15th day of each month* for the duration of the Southern California Master Labor Agreement and any other present or future collective bargaining agreement requiring Jose M. Serrato to contribute to the Trust Funds, whether under the name J & J Concrete Const Co or any other name (unless he has for the month both inactivated his accounts with the Trust Funds in accordance with the terms of the applicable agreements and has in fact not performed any work covered by the applicable agreements):

4.A. Truthfully and accurately completed monthly fringe benefit contribution report(s) covering all of Jose M. Serrato's present and future accounts with the Trust Funds, collectively identifying all persons for whom Jose M. Serrato owes fringe benefit contributions to the Trust Funds for the previous month (whether under the name J & J Concrete Const Co or any other name), and, itemized by person, the hours of work they performed for which fringe benefit contributions are

due;

4.B. An affidavit or declaration from Jose M. Serrato attesting under penalty of perjury to the completeness, truthfulness and accuracy of each monthly report submitted; and

4.C. A cashier's check or checks made payable to the "Construction Laborers Trust Funds for Southern California" totaling the full amount of fringe benefit contributions due by Jose M. Serrato to the Trust Funds for the previous month (as set forth on the monthly report(s) submitted).

5. Upon its entry, this judgment shall be immediately enforceable.

///

6. Other than the attorneys fees and costs included in the amount of the judgment entered hereby, the Parties shall bear their own attorneys fees and costs.

**THE FAILURE TO COMPLY WITH ANY INJUNCTION ISSUED BY THIS**

**JUDGMENT SHALL BE GROUNDS FOR CONTEMPT OF COURT.**

Dated: December 22, 2011

S. JAMES OTERO, Judge of the United States District Court for the Central District of California

Submitted By:

REICH, ADELL & CVITAN
A Professional Law Corporation

PETER A. HUTCHINSON

CRAWFORD & BANGS, LLP

SHAARON A. BANGS
STEPHEN M. INDERGAND

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 3550 Wilshire Boulevard, Suite 2000 Los Angeles, California 90010-2421.

On **December 22, 2011**, I served the foregoing document described as **[PROPOSED] JUDGMENT AGAINST DEFENDANT JOSE M. SERRATO** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

John D Weiss
John D Weiss Law Offices
16830 Ventura Blvd, Ste 500
Encino, CA 91436

☒ (By Mail) As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **December 22, 2011**, at Los Angeles, California.

☒ (Federal Court) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

______________________________
Mary Helen Lopez